KEKER, VAN NEST & PETERS LLP
R. JAMES SLAUGHTER - # 192813
rslaughter@keker.com
BROOK DOOLEY - # 230423
bdooley@keker.com
JULIA ALLEN - # 286097
jallen@keker.com
CODY GRAY - # 310525
cgray@keker.com
GAVIN THOLE - # 325713
gthole@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant/Counterclaimant
INFOR (US), LLC (F/K/A INFOR (US), INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAD PETERS, DAVID GRAY, AND PAUL STAELIN<br><br>Plaintiffs,<br><br>v.<br><br>INFOR (US), LLC (F/K/A INFOR (US), INC.),<br><br>Defendant.<br><br>INFOR (US), LLC (F/K/A INFOR (US), INC.)<br><br>Counterclaimant,<br><br>v.<br><br>BRAD PETERS, DAVID GRAY, AND PAUL STAELIN,<br><br>Counter-Defendants. | Case No. 3:19-cv-08102-JCS<br><br>**DECLARATION OF R. JAMES SLAUGHTER IN SUPPORT OF INFOR (US), LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: December 17, 2021<br>Time: 2:00 pm<br>Conference by Zoom<br>Judge: Hon. Joseph C. Spero<br><br>Date Filed: December 11, 2019<br><br>Trial Date: April 4, 2022 |

|   |   |
|---|---|
| 1 | I, R. James Slaughter, declare that: |
| 2 | 1. I am an attorney duly licensed to practice law in California and a partner at the law |
| 3 | firm of Keker, Van Nest & Peters LLP, counsel for Defendant/Counterclaimant Infor (US), LLC, |
| 4 | in the above-captioned action. I submit this declaration in support of Defendant/Counterclaimant |
| 5 | Infor (US), LLC's Motion for Partial Summary Judgement. I have personal knowledge of the |
| 6 | facts stated herein and, if called as a witness, I could and would testify competently thereto under |
| 7 | oath. |
| 8 | 2. Attached hereto as EXHIBIT 1 is a true and correct copy of the offer letter sent to |
| 9 | Brad Peters from Infor dated May 26, 2017 and marked as deposition exhibit 26. |
| 10 | 3. Attached hereto as EXHIBIT 2 is a true and correct copy of the offer letter sent to |
| 11 | Paul Staelin from Infor dated May 30, 2017 and marked as deposition exhibit 65. |
| 12 | 4. Attached hereto as EXHIBIT 3 is a true and correct copy of the offer letter sent to |
| 13 | David Gray from Infor dated June 16, 2017 and marked as deposition exhibit 83. |
| 14 | 5. Attached hereto as EXHIBIT 4 is a true and correct copy of excerpts from the |
| 15 | deposition transcript of Brad Peters, taken on June 1, 2021. |
| 16 | 6. Attached hereto as EXHIBIT 5 is a true and correct copy of excerpts from the |
| 17 | deposition transcript of Paul Staelin, taken on June 3, 2021. |
| 18 | 7. Attached hereto as EXHIBIT 6 is a true and correct copy of excerpts from the |
| 19 | deposition transcript of David Gray, taken on June 4, 2021. |
| 20 | 8. Attached hereto as EXHIBIT 7 is a true and correct copy of the document 2017 |
| 21 | Birst Packaging that was marked as deposition exhibit 71. |
| 22 | 9. Attached hereto as EXHIBIT 8 is a true and correct copy of the document Birst |
| 23 | Pricing and Packaging Options dated July 10, 2018 and marked as deposition exhibit 47. |
| 24 | 10. Attached hereto as EXHIBIT 9 is a true and correct copy of a Birst pricing |
| 25 | document bates stamped INvPSG00022202 and marked as deposition exhibit 239. |
| 26 | 11. Attached hereto as EXHIBIT 10 is a true and correct copy of the document FAQ- |
| 27 | Licensing for Cloudsuite Analytics, Infor Analytics and Reporting with Birst that was marked as |
| 28 | deposition exhibit 241. |

12. Attached hereto as EXHIBIT 11 is a true and correct copy of an email from Paul Staelin to Brad Peters dated June 7, 2019 and marked as deposition exhibit 48.

13. Attached hereto as EXHIBIT 12 is a true and correct copy of an email from David Gray to Brad Peters dated May 7, 2017 and marked as deposition exhibit 86.

14. Attached hereto as EXHIBIT 13 is a true and correct copy of an email from Paul Staelin to Christine McDade dated Feb. 14, 2019 and marked as deposition exhibit 69.

15. Attached hereto as EXHIBIT 14 is a true and correct copy of an email from Christina Van Houten to Charles Philips, Brad Peters and Paul Staelin dated September 26, 2017 and marked as deposition exhibit 45

16. Attached hereto as EXHIBIT 15 is a true and correct copy of the document Birst Implementation; Birst for Cloudsuite vs Custom Birst Implementations marked as deposition exhibit 129.

17. Attached hereto as EXHIBIT 16 is a true and correct copy of an email from Ashley Hart to Brad Peters and Paul Staelin on September 3, 2019 marked as deposition exhibit 49.

18. Attached hereto as EXHIBIT 17 is a true and correct copy of an email from David Gray to Christine McDade, Paul Staelin and Brad Peters on May 15, 2019 marked as deposition exhibit 99.

19. Attached hereto as EXHIBIT 18 is a true and correct copy of an email from Paul Staelin to Prad Peters on June 3, 2019 marked as deposition exhibit 75.

20. Attached hereto as EXHIBIT 19 is a true and correct copy of an email from Paul Staelin to Brad Peters dated May 23, 2019 and marked as deposition exhibit 50.

21. Attached hereto as EXHIBIT 20 is a true and correct copy of an email from Paul Staelin to Brad Peters dated October 4, 2019 and marked as deposition exhibit 78

22. Attached hereto as EXHIBIT 21 is a true and correct copy of an email from Brad Peters to Richard Grimm dated April 24, 2017 and marked as deposition exhibit 5.

23. Attached hereto as EXHIBIT 22 is a true and correct copy of an email from Michael McQuaid to Brad Peters and Paul Staelin dated October 5, 2017 and marked as deposition exhibit 45.

24. Attached hereto as EXHIBIT 23 is a true and correct copy of an email from Brad peters to Richard Grimm dated May 5, 2017 and marked as deposition exhibit 41.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on October 29, 2021, in New York City, New York.

<i>/s/ R. James Slaughter</i><br>
R. JAMES SLAUGHTER

3
SLAUGHTER DECLARATION ISO INFOR'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 3:19-cv-08102-JCS
1760773