UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD PETERS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>INFOR (US), LLC,<br><br>    Defendant. | Case No. 19-cv-08102-JCS<br><br>**ORDER DENYING PENDING MOTIONS AS MOOT**<br><br>Re: Dkt. Nos. 90, 91, 92, 93, 94, 101, 103 |

In light of the parties' stipulation to dismiss all claims in this action with prejudice, all pending motions are DENIED AS MOOT. All material submitted provisionally under seal in connection with pending administrative motions to file under seal (dkts. 90, 92, 101, 103) is deemed withdrawn and will not be considered by the Court for any purpose. *See* Civ. L.R. 79-5(g)(2) (providing that upon denial of a motion to seal, the Court "will determine whether to consider the information sought for sealing and require its public filing, permit its withdrawal without considering the information, or order any other disposition it deems proper").

**IT IS SO ORDERED.**

Dated: December 15, 2021

JOSEPH C. SPERO
Chief Magistrate Judge